IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00196-MSK

UNITED STATES OF AMERICA,

    Petitioner,

v.

JOHN HAROLD BECKWITH, JR.,

    Respondent.

_____

**FINAL ENFORCEMENT ORDER**
_____

    Having considered the United States' Petition to Enforce Internal Revenue Service Summonsm, the Declaration of Cathy Rojas, and the parties' representations to the Court on April 23, 2008, this Court finds as follows:

    1.    The Internal Revenue Service summons was issued to Respondent, John Harold Beckwith, Jr., for a legitimate purpose - to obtain information concerning collection of the federal income tax liability of Respondent John Harold Beckwith, Jr. for the year ended December 31, 2006.

    2.    The above-listed tax period was specified in the Internal Revenue Service summons served on the Respondent.

    3.    The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

4. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

5. Respondent has agreed to comply with the Internal Revenue Service summons by May 23, 2008.

IT IS THEREFORE ORDERED that John Harold Beckwith, Jr. shall comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office at 56 Inverness Drive East, Englewood, Colorado 80112 before Revenue Officer Cathy Rojas, telephone number (720) 956-4231 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than May 23, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons.

Upon entry of this Order, this case shall be closed.

Dated this 23d day of April, 2008

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge